MICHAEL A. LADRA, State Bar No. 064307
E-mail:  mladra@wsgr.com
RODNEY G. STRICKLAND, JR., State Bar No. 161934
E-mail:  rstrickland@wsgr.com
NATHAN L. WALKER, State Bar No. 206128
E-mail:  nwalker@wsgr.com
ALYSON N. DINSMORE, State Bar No. 221643
E-mail:  adinsmore@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiff and Counterdefendant
LINEAR TECHNOLOGY CORPORATION


MICHAEL A. WHELAN, State Bar No. 84131
W. CARLOS LEET, State Bar No. 184845
E-mail:  wcl@olimpia-whelan-lively.com
SUSAN M. INFANTINO, State Bar No. 190244
E-mail:  smi@olimpia-whelan-lively.com
OLIMPIA, WHELAN, LIVELY & RYAN
1723 Hamilton Avenue, Second Floor
San Jose, California  95125-5436
Telephone:  (408) 978-9100

Attorneys for Defendant
MACNICA, INC.

**E-filed 5/19/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINEAR TECHNOLOGY, INC., | CASE NO.:  C02 04098  JF (HRL) |
| Plaintiff and Counterdefendant, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| MACNICA, INC., | |
| Defendant and Counterclaimant. | |
| AND RELATED COUNTERCLAIMS | |

2653734_1.DOC

1   IT IS HEREBY STIPULATED by and between the parties to the above-captioned

2  action (the "Action") – plaintiff Linear Technology Corporation and defendant Macnica, Inc. –

3  that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and in accordance with a

4  settlement agreement reached in connection with the Action, the Action be and hereby is

5  dismissed with prejudice and on the merits.  The parties shall bear their own respective costs.

Dated:  May 12, 2005                           WILSON SONSINI GOODRICH & ROSATI
                                                               Professional Corporation


                                                               By:  /s/ Nathan L. Walker
                                                                         Nathan L. Walker

                                                               Attorneys for Plaintiff and Counterdefendant
                                                               LINEAR TECHNOLOGY CORPORATION


Dated:  May 12, 2005                           OLIMPIA WHELAN LIVELY & RYAN


                                                               By:  /s/ W. Carlos Leet
                                                                         W. Carlos Leet

                                                               Attorneys for Defendant and Counter-Claimant
                                                               MACNICA, INC.

IT IS SO ORDERED.

5/18/05
                                                               Judge Jeremy Fogel /s/electronic signature authorized
                                                                 UNITED STATES DISTRICT COURT

2653734_1.DOC

**ECF CERTIFICATION**

I, Nathan L. Walker, am the ECF User whose identification and password are being used to file this Stipulation of Dismissal with Prejudice. In compliance with General Order 45.X.B, I hereby attest that W. Carlos Leet has concurred in this filing.

Dated: May 12, 2005                WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation


                                   By:  /s/  Nathan L. Walker
                                        Nathan L. Walker

                                   Attorneys for Plaintiff and Counterdefendant
                                   LINEAR TECHNOLOGY CORPORATION

2653734_1.DOC